WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gildardo Gonzales Inzunza,<br><br>Petitioner,<br><br>v.<br><br>Carla Hacker-Agnew, et al.,<br><br>Respondents. | No. CV-16-01337-PHX-JAT<br><br>**ORDER** |

Pending before this Court is the Report and Recommendation (R&R) from the Magistrate Judge to whom this case was assigned recommending that the Petition in this case be dismissed, without prejudice, for failure to prosecute. (Doc. 34). No party has filed an objection to the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*). Accordingly,

**IT IS ORDERED** that the R&R (Doc. 34) is accepted and adopted. The Petition in this case is dismissed, without prejudice, and the Clerk of the Court shall enter judgment accordingly.

///
///
///
///
///
///

1 **IT IS FURTHER ORDERED** that, in the event Petitioner files an appeal, issuance of a certificate of appealability is denied because jurists of reason would not find this Court's procedural ruling debatable. *See generally Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated this 12th day of June, 2017.

James A. Teilborg
Senior United States District Judge